

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>RAYMOND RALPH ALFARO,<br><br>               Defendant. | CASE NO. CR-25-00137-FMO<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

    On arrest warrant issued by the United States District Court for the <u>Central District of California</u> involving alleged violations of conditions of probation/supervised release:

    1. The court finds that no condition or combination of conditions will reasonably assure:

        A. (✓) the appearance of defendant as required; and/or

        B. ( ) the safety of any person or the community.

    2. The Court concludes:

        A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

1  other persons or the community.  Defendant poses a risk to the
2  safety of other persons or the community based on:
3  _____
4  _____
5  _____
6  _____
7  _____

8       B. (✓)   Defendant has failed to demonstrate by clear and convincing
9  evidence that he is not likely to flee if released.  Defendant poses
10 a flight risk based on: Failure to report to Probation
11 as instructed; Failure to notify Probation Officer
12 of contacts w/ law enforcement twice; Failure
13 to report for drug counseling
14 _____
15 _____

16      IT IS ORDERED that defendant be detained.

20 DATED: November 25, 2025

       _____
       HONORABLE ALICIA G. ROSENBERG
       UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR-94 (06/07)                                          Page 2 of 2